# ORIGINAL

In the United States Court of Federal Claims

----------------X
Mitch Taebel,
        Plaintiff.
  v.

Case **18-112** C

City of Los Angeles,
District Attorney's Office
----------------X

FILED
JAN 23 2018
U.S. COURT OF
FEDERAL CLAIMS

Complaint

This petition raises constitutional violations by the city to the U.S. Court. On February 1st 2013, petitioner was stopped by officers in a vehicle without probable cause. After communication with officer one, Officer two arrived at the scene was excessively aggressive and made an assault and arrest without probable cause in violation of 18 U.S.C. Section 242. Petitioner was then charged with due refusal (Exhibit C). Video shows the officers description of the incident inaccurate and shows the arrest was made without dui refusal (Exhibit B). Petitioner took a lab test after arrest as supporting evidence against the arrest (Exhibit A).

Petitioner claims 500,000,000.

Dated: January 14, 2018

In Oath and Affirmation,

*[signature]*

Mitch Taebel
2020 Golden gate Dr.
Long Beach, IN 46360

RECEIVED - USCFC
JAN 23 2018

Exhibit A



02/05/2013

**ARCpoint labs - Los Angeles**
2320 S. Robertson Blvd.,
Suite 201
Los Angeles, CA 90034
(310)862-4333

To: ARCpoint Los Angeles
2320 S Robertson Blvd.,
Suite 201
Los Angeles, CA 90034

# Forensic Drug Testing Report

### - Confidential -

*This is a notification of a controlled substance test result on:*

| | | | | |
|---|---|---|---|---|
| **Individual Tested:** | Mitchell Taebel | **Reason for Test:** | Other | |
| **Donor ID:** | 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 | **Specimen ID#:** | 2015700201 | |
| **Collection Site:** | ARCpoint Los Angeles | **Date of Collection:** | 02/04/2013 | Time: 1405 |
| | 2320 S. Robertson Blvd., | **Lab Accession #:** | | |
| | Suite 201 | **Lab Report Date:** | 02/05/2013 | Time: 1520 |
| | Los Angeles, CA 90034 | **Specimen Type:** | Urine | |
| | (310) 862 - 4333 | **Drug Panel:** | 10 panel urine lab | |
| **Laboratory:** | Clinical Reference Labs | | | |
| | 8433 Quivira Road | | | |
| | Lenexa, KS 66215 | | | |

**Substances included in test profile:**

| Drug | Screen | Confirm | Quant | Drug | Screen | Confirm | Quant |
|---|---|---|---|---|---|---|---|
| Amphetamines | 1000ng/m | 500ng/mL | | Barbiturates | 300ng/mL | 200ng/mL | |
| Benzodiazepines | 300ng/mL | 200ng/mL | | Cocaine/Metabolites | 300ng/mL | 150ng/mL | |
| Marijuana | 50ng/mL | 15 ng/mL | | Methadone | 300ng/mL | 200ng/mL | |
| Methaqualone | 300ng/mL | 200ng/mL | | Opiates | 2000ng/m | 2000ng/mL | |
| Phencyclidine | 25ng/mL | 25ng/mL | | Propoxyphene | 300ng/mL | 200ng/mL | |

**The Lab result is:**    ***Negative***

**Comments:**

# Exhibit B

# ARREST REPORT

| BKG. BOOKING NO. | U.D. | LOC. BKD. | | EVID. RPT. | CRIME RPT. | DR | LA |
|---|---|---|---|---|---|---|---|
| 3450021 | 4208 | | | NONE | | 1306 06303 | |

**ARRESTEE'S LAST NAME / FIRST / MIDDLE / SFX**
TAEBEL MITCHELL TIMOTHY

**ADDRESS:** 807 S 10TH ST
**CITY:** FT. LAUDERDALE **STATE:** FL

| SEX | DESCENT | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE | AGE |
|---|---|---|---|---|---|---|---|
| M | W | BRO | BLU | 511 | 178 | 090186 | 26 |

**VEH. LIC. NO.:** ATP1194 **STATE:** CA **R.D.:** 0645
**AKA LAST-FIRST- OR NICKNAME:**

**BIRTHPLACE:** CHICAGO IL
**PROB. INV. UNIT:** UNKN
**JUV. DETAINED AT:** US CT
**AD. CHG.:** N

**DIVISION:** 4227 **DETAIL:** M **ARRESTING:** **DATE ARRESTED:** 020113 **TIME ARR.:** 2210 **TIME BKD.:** 2353

**LOCATION OF ARREST:** ORANGE ST / SUNSET BL
**BAIL:** 15000 **TOTAL BAIL:** 15000
**WARRANT NO:**

**TYP / CHARGE & CODE / DEFINITION**
M 23152(A)VC MISD DUI W/REFUSAL

**ADMONITION OF RIGHTS** (WHEN APPLICABLE)
THE ADMONITION OF RIGHTS WAS READ VERBATIM PER FORM 15.03.00 BY:

NOT ADMONISHED

**SOCIAL SECURITY NO.:** 308082497
**R.D.:** 0645 **RESIDENCE PHONE NO.:** 2198719627

**LOCATION CRIME COMMITTED:** SAA

**EMPLOYER / SCHOOL:** UNEMPLOYED
**OCCUPATION / GRADE:** PHOTOGRAPHER
**PHY. ODD.:** BEARD
**CLOTHING WORN:** BLU SHRT BLK SHRTS GRY THONGS
**EXACT LOCATION / DISPOSITION ARRESTEE'S VEHICLE:** HOLLYWOOD TOW

**LIST CONNECTING RPTS. BY TYPE & IDENTIFYING NOS.:** DFDR #22120926 EPLD 49778
**VEHICLE USED:** 06 TOYO TACOMA PK BLU ATP1194 AZ

**COMPLAINTS / EVID. OF ILLNESS / INJ-BY WHOM TREATED:** NONE
**DRIVING VEH. (DIRECTIONS & NAME OF STREET) AT OR BETWEEN STREETS:** W/B HWD BL BTWN LA PALMAS/ORANGES
**RETAINED:** NONE **CASH DEPOSITED:** NONE

**INVOLVED PERSONS** Code: V: VICTIM W: WITNESS P/A: ARRESTING PRIVATE PERS. TO: TRUE OWNER R: PERSON RPTG. 459: S - PERSON SECURING / D - PERSON DISCOVERING JUV: P - BOTH PARENTS / G - GUARDIAN

| NAME | V & WS | SEX | DESC | D.O.B. | ADDRESS | CITY | ZIP | PHONE | DAY | X |
|---|---|---|---|---|---|---|---|---|---|---|

**COMBINED CRIME REPORT**

**COMBINED EVID. RPT.** Preliminary Drug Test

**APPROVAL / REPORTING OFFICERS**
**SUPERVISOR APPROVING REPORT:** (signature) **SERIAL NO.:** 32718
**DATE & TIME REPRODUCED:** 2/2/13 02:42:06
**REPORTING OFFICER(S):** SAMUEL **SERIAL NO.:** 36906 **DIV. & DETAIL:** WTD
**(P.P. ARREST OFCR. BKG. EVID. IF LISTED ON THIS PAGE):** 6022 36705 34M61
**VACATION:** MAY/JUN **POST**

**RAP SHEET ATTACHED:** NO

**JUVENILE DISPO.** Petition Request: DETAINED / RELEASED / NON-BOOK / NON-BOOK & WARR.

05.01.02 (11/11) ARREST REPORT INC # 130201006028

Case 1:18-cv-00142-MEG Document 1 Filed 01/23/18 Page 6 of 17

# LOS ANGELES POLICE DEPARTMENT
## DRIVING-UNDER-THE-INFLUENCE ARREST REPORT

DR# 1306 06303

| ARRESTEE'S NAME (LAST, FIRST, MI) | BOOKING NO. | T/C | DRIVING ESTABLISHED BY |
|---|---|---|---|
| Taebel, Mitchell T. | 3450021 | ☐ YES ☒ NO | OFCRS: ☒ OBSERVATION ☐ VC 40300.5 ☐ WITS |

### PERSONAL CONTACT:

| ATTITUDE: | BREATH: | COORDINATION: | CLOTHING: |
|---|---|---|---|
| Uncooperative | No Odor | Unsteady | Blu shirt/ Blk shorts |
| FACE: | SPEECH: | EYES: | SHOE TYPE: |
| Flush | Slurred | Red/ Watery | Sandels |

The Admonition of Rights was read verbatim per form 15.03 by: **Not Given**

### INVESTIGATIVE QUESTIONS:
OBTAIN RESPONSES AFTER MIRANDA ADMONITION IS WAIVED. (Pre-arrest responses to questions shall be included in the narrative.)

| ARE YOU TAKING MEDICINE OR DRUGS? WHAT KIND? | WHAT HAVE YOU BEEN DRINKING? HOW MUCH? | WITH WHOM WERE YOU DRINKING? | |
|---|---|---|---|
| WHERE (IF ABC LICENSED PREMISES, INCLUDE SPECIFIC INFO.) | | TIME STARTED DRINKING? | TIME STOPPED DRINKING? | TIME NOW? |
| ACTUAL TIME? | WHERE WERE YOU STOPPED BY OFCRS? | WHERE WERE YOU GOING WHEN STOPPED? | WHAT HAVE YOU EATEN TODAY? |
| WHERE DID YOU EAT? | | WHEN? | WHEN DID YOU LAST SLEEP? | HOW LONG? |
| DO YOU FEEL THE EFFECTS OF DRINKING? DESCRIBE THE EFFECTS. | | IS YOUR DRIVER'S LICENSE PRESENTLY SUSPENDED? WHY? | IF T/C WHICH VEH. WERE YOU DRIVING? |
| HAVE YOU BEEN CONVICTED OF DUI? NO. OF TIMES | WHEN? | WHERE? | |

### FIELD SOBRIETY TEST ADMONITION (To be given only in case of a refusal to submit to a test)

The Field Sobriety Test is given to determine the extent to which alcohol and/or drugs have impaired your mental or physical processes. Your refusal to submit to all or part of the test WILL be commented on in court and a jury will be instructed that your refusal may show a consciousness of guilt on your part.

Will you take the test now? Response: "I'm not doing anything"

| ADMONITION GIVEN BY | SERIAL NO. | ☐ Given in language other than English |
|---|---|---|
| Samuel | 36406 | (Language) |

| FIELD SOBRIETY TEST | TIME | ADMINISTERED BY | LOCATION | PARTNER |
|---|---|---|---|---|

Are you sick or injured? ☐ Yes ☒ No   Are you epileptic or diabetic? ☐ Yes ☒ No   Are you under the care of a doctor or dentist? ☐ Yes ☒ No
Do you take insulin? ☐ Yes ☒ No   Do you have any physical defects? ☐ Yes ☒ No   Explain Yes answers completely in narrative.

### STANDARDIZED FIELD SOBRIETY TESTS: (To be completed as test is administered) *Must be completed

#### * EYE EXAMINATIONS
HGN Present ☐ Yes ☐ No    VGN Present ☐ Yes ☐ No
Lack of Convergence ☐ Yes ☐ No    Lack of Smooth Pursuit ☐ Yes ☐ No
Wearing Glasses? ☐ Yes ☐ No
Wearing Contacts? ☐ Yes ☐ No    Additional Observations
Eye Problems? ☐ Yes ☐ No    Refused

#### ROMBERG BALANCE
Internal Clock
_____ Estimated as 30 sec.
Observations:
Refused

#### * WALK AND TURN
○ Right foot   △ Left foot

Cannot keep balance ☒
Starts to soon ☐

(Indicate which step(s))
| | 1st Nine | 2nd Nine |
|---|---|---|
| Stops Walking | | |
| Misses Heal-Toe | | |
| Steps off Line | | |
| Raises Arms | | |
| Actual Steps Taken | | |

Describe Turn:
Refused

#### * ONE LEG STAND
L R
☐ ☐ Sways while balancing
☐ ☐ Uses arms to balance
☐ ☐ Hopping
☐ ☐ Puts foot down

Additional Observations:
Refused

#### FINGER TO NOSE
○ Right   △ Left
Draw lines to spots touched

② ④ ⑤   △1 △3 △6

(L,R,L,R,R,L)
Additional Observations:
Refused

70.05.02.05 (R12/01)

# DRIVING-UNDER-THE-INFLUENCE ARREST REPORT

| ARRESTEE'S NAME (LAST, FIRST, MI) | BOOKING NO. | DR NO. |
|---|---|---|
| Taebel, Mitchell T. | 3450021 | 1306 06303 |

| MT INFO (LOCATION OBTAINED, DOCTOR, TREATMENT) | DISPOSITION OF KEYS | W/C APPROV. BOOKING | SERIAL NO. | AREA/DIV. |
|---|---|---|---|---|
| None | OPG- Hollywood | Sgt Jenneman | 32769 | HWD |

| TRANSPORTING OFFICER(S) IF OTHER THAN ARRESTING | 1. NAME | SERIAL NO. | AREA/DIVISION | 2. NAME | SERIAL NO. | AREA/DIVISION |
|---|---|---|---|---|---|---|
| | Nichols | 34726 | HWD | Quals | 41170 | HWD |

**CHEMICAL TEST ADMONITION (23612 V.C.)** I admonished the driver:

1. You are required by state law to submit to a chemical test to determine the alcoholic content of your blood.
2. You have the choice of taking a blood or breath test. WHEN APPLICABLE: Since you need medical treatment, your choice is limited to (test(s) name) _____
   These test are only available at (FACILITY) _____
   NOTE: If you take a breath test a sample will NOT be saved and you or your attorney will NOT have a breath sample to test for alcohol content. If you want any remaining sample saved for your use, you must choose to take a blood test which will be saved at no cost to you and may be tested by any party in any criminal prosecution.
3. If you refuse to submit to, or fail to complete a test, your driving privilege will be suspended for 1 year or revoked for 2 or 3 years. A 2 year revocation will result if the refusal occurred within 7 years of a separate violation of driving under the influence and/or such a charge reduced to reckless driving, or vehicular manslaughter which resulted in a conviction or an administrative determination that you refused testing or were driving with an excessive concentration of alcohol on a separate occasion. A 3 year revocation will result if you had more than one of these violations or administrative determinations within the last 7 years.
4. Refusal or failure to complete a test may be used against you in court. In addition, if you refuse to submit to a test or fail to complete a test, and you are convicted of driving under the influence of any alcoholic beverage or drugs, or any combination of these, your refusal will result in a fine and mandatory imprisonment.
5. You do not have the right to talk to an attorney or have an attorney present before stating whether you will submit to a test, before deciding which test to take, or during the test.
6. If you cannot complete the test you choose, you must submit to and complete a remaining test.

The Chemical Test Admonition was read to the arrestee by:

| NAME | Samuel | SERIAL NO. | 36406 | ☐ Given in Language other the English (Language) _____ |
|---|---|---|---|---|

| BREATH TEST | ADMINISTERED BY | LOCATION | OBS'D. FOR TEST PURPOSES (MINIMUM 15 MINUTES) FROM: TO: | TIME FIRST SAMPLE TAKEN | EC/IR INSTRUMENT NO. | EC/IR READINGS |
|---|---|---|---|---|---|---|
| | | | | | | |

**ADDITIONAL CHEMICAL TEST ADMONITION** (23612 V.C.) (To be given after breath test if arrestee is suspected of driving under the influence of alcohol. Go to DRUG ADMONITION if drug use is suspected.)

1. As I explained to you, the breath sample which you have just taken will not be saved for you or your attorney to have tested for alcoholic content.
2. You may now take a blood or urine test which will be saved at no cost to you and which may be tested by any party in any criminal prosecution.
   Do you wish to provide a blood or urine sample now?
   Response: _____

| ADDITIONAL ADMONITION READ BY | SERIAL NO. | ☐ Given in language other than English |
|---|---|---|
| | | (Language) _____ |

**DRUG ADMONITION** (To be given after breath test if the arrestee is suspected of driving under the influence of drugs, or the combined influence of drugs and alcohol):

1. The breath test you have just taken is designed to detect only the alcoholic content of your blood.
2. Because I believe you are under the influence of drugs or a combination of drugs and alcohol, you are required by state law to submit to a blood or urine test to determine the drug content of your blood.
3. (Admonishing Officer – Repeat items 3, 4, 5 and 6 from the Chemical Test Admonition.)

Do you wish to provide a blood or urine sample now? Response: _____

| DRUG ADMONITION READ BY | SERIAL NO. | ☐ Given in language other than English |
|---|---|---|
| NAME | | (Language) _____ |

| BLOOD TEST | DRAWN BY | LOCATION | TIME SAMPLE OBTAINED | URINE TEST | ADMINISTERED BY | LOCATION | TIME BLADDER FIRST VOIDED | TIME SPECIMEN OBTAINED |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**NOTIFICATION OF REFUSAL TO SUBMIT TO OR COMPLETE CHEMICAL TESTING**

At the time of arrest, I had reasonable cause to believe that the person arrested had been driving a motor vehicle in violation of Vehicle Code Section 23152 or 23153. This belief was established by the arrestee's objective symptoms as stated in this arrest report. The arrestee was admonished of the provisions of Vehicle Code Section 23612 as indicated in this report. The arrestee refused to submit to or complete required testing.

ARRESTEE'S VERBATIM STATEMENT OF REFUSAL OR REASON FOR REFUSAL. USE NO ABBREVIATIONS AND USE ARRESTEE'S EXACT WORDS, INCLUDING PROFANITY. IF NO STATEMENT WAS MADE, DESCRIBE ACTION OF ARRESTEE THAT INDICATED A REFUSAL.

"I'm not doing anything. I did not do anything wrong"

I certify under penalty of perjury that the information contained in this arrest report is true and correct.
EXECUTED IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, ON

| DATE | 02-01-13 | ARRESTING OFFICER'S SIGNATURE: | SERIAL NO.: | 36406 | AREA/ DIVISION: | WTD |
|---|---|---|---|---|---|---|

**CIRCUMSTANCES OF ARREST:** 1. Source of activity. 2. Observations (pre-arrest questions and responses, objective symptoms, etc. if driving not observed by officer-verbatim statements of wits establishing driving, include unusual behavior of arrestee during transportation, booking, etc. which would tend to corroborate officer opinion of impairment). 3. Arrest. 4. Booking. Add, when applicable: 5. Evidence. 6. Injuries. 7. Notifications. 8. Aggravated circumstances. 9. Additional (T/C summary, etc.).

"See page 4"

| PAGE NO. 4 | DRIVING-UNDER-THE-INFLUENCE ARREST REPORT | BOOKING NO. 3450021 | DR NO 130606303 |

CIRCUMSTANCES OF ARREST: 1. Source of activity. 2. Observations (pre-arrest questions and responses, objective symptoms, etc. if driving not observed by officer-verbatim statements of wits establishing driving, include unusual behavior of arrestee during transportation, booking, etc. which would tend to corroborate officer opinion of impairment). 3. Arrest. 4. Booking. Add, when applicable: 5. Evidence. 6. Injuries. 7. Notifications. 8. Aggravated circumstances. 9. Additional (T/C summary, etc.).

**DEFT:** Taebel, Mitchell T.      **DOB:** 09-01-86

## SOURCE OF ACTIVITY:

On Feb 1, 2013 at approx. 2200 hours, my partners (Samuel #36406/ Clauss #35203) and I (Barr #36705) were assigned to West Traffic Division, working DUI team in Hollywood Division. We were in full uniform riding emergency equipped and marked black and white Police motorcycles. We were received a request for a DUI team to respond to the intersection of Hollywood Blvd and Orange Ave. Inc# 130201006028

## INVESTIGATIONS:

Upon arrival we made contact with reserve Officers Ortiz (#R2826) and Nocket (#R1849) who advised they were W/B on Hollywood Blvd at Las Palmas when they observed a Blue Toyota traveling W/B in the #1 lane. The truck failed to proceed on a green light at Las Palmas in violation **22400 VC**. Once the vehicle finally began to proceed, it began to straddle lanes in violation of **21658(a) VC**. The Officers moved in behind the vehicle and it then began to negotiate numerous lane changes while too close to other vehicles in violation of **22107 VC**. The Officers activated their emergency equipment (including forward facing red light) to affect an enforcement stop for the violations. The vehicle pulled to the right and stopped on Hollywood Blvd just W/O Orange Ave. Officers Ortiz made contact with the driver who appeared disoriented and fidgety. The driver immediately asked why he was being stopped and Officer Ortiz advised the driver of the violations and asked for his license. The driver slurred his words while speaking to Officers. Officer Ortiz asked the driver if he had been drinking and the driver stated, "No". He then asked the driver if he taken any drugs and the driver stated, "Not today". Due to the driving violations and observations of the driver, Officers requested the assistance of a DUI team.

As we were speaking with Officers Ortiz and Nocket, the driver began to exit the vehicle. Officer Ortiz observed what he believed to be a gun in the drivers' door panel as the door opened. Officers drew their weapons and ordered the driver to stop where he was. Officer Samuel then ordered the driver to put his hands out the window of the vehicle. The driver complied and Officers could then see that the driver was holding a black cellular phone in his right hand. Officer Samuel then ordered the driver to exit the vehicle and took the driver by his left wrist. The driver then immediately pulled away and attempted the retreat back into the vehicle. Officer Samuel opened the drivers' door and took the driver by the left arm and pulled him from the vehicle. The driver continued to pull away and tense up as he clinched his fist. Officers moved into position to assist in taking the driver into custody. The driver would not comply with the commands of Officers and was actively resisting. Officers initiated a controlled walk down of the driver and used the ground as a controlling agent to gain the drivers compliance. The driver was not injured during the walk down.

Once the driver was secured, I could see the signs of impairment consistent with drug use. The drivers' muscle tone was rigid, his pupils were dilated, his speech was rapid then slow and slurred. Due to the drivers aggressive actions and level of impairment Officers were unable to continue the field investigation.

| PAGE NO. 5 | DRIVING-UNDER-THE-INFLUENCE ARREST REPORT | BOOKING NO. 3450021 | 1306 06303 |

**CIRCUMSTANCES OF ARREST:** 1. Source of activity. 2. Observations (pre-arrest questions and responses, objective symptoms, etc. if driving not observed by officer-verbatim statements of wits establishing driving, include unusual behavior of arrestee during transportation, booking, etc. which would tend to corroborate officer opinion of impairment). 3. Arrest. 4. Booking. Add, when applicable: 5. Evidence. 6. Injuries. 7. Notifications. 8. Aggravated circumstances. 9. Additional (T/C summary, etc.).

## PAS:

Ofcr Clauss #35203 advised Deft of the opportunity to take a breath test in the field on a PAS device. Ofcr Clauss advised Deft that the test was voluntary. Deft agreed to take the Pas test. Ofcr Clauss administered the test twice on PAS device #005644. The first test #158 was given at 2237 hrs at 19 degrees (Celsius) with a result of insufficient sample. The second test # 159 was given at 2239 Hrs at 19 degrees (Celsius) with a result of .000 BAC.

## ARREST:

Deft was placed under arrest for 23152 (a) CVC M-DUI @ 2210 hours and was transported to Hollywood Station by Officers Nickols #34726 and Quals #41170. Deft was advised of the chemical admonition, per 23612 CVC and advised that he would not take the chemical test. Officer Samuel read the Deft the chemical test refusal and the deft replied, "I'm not doing anything". The Deft was then processed as a **DUI refusal**.

Officer Samuel admonished the suspect in an attempt to conduct a DRE evaluation. Suspect advised Officers that he would not comply with any test. Sgt Eun #30760 was notified and he gave the suspect the refusal admonishment. The suspect again advised that he would not comply with any test.

## PHOTOGRAPHS:

One digital photo was taken of the drivers' door. Photo attached to report.

## BOOKING:

The Deft was later booked on the above charge with the approval of the Hollywood W/C Sgt Jenneman #32769.

No warrants and one prior for 12500(a) VC/ Drive w/o license.

## EVIDENCE:

None

## ADDITIONAL:

The Deft's vehicle was impounded by Officers and removed from the scene by Hollywood Tow.

Request additional filing for: 21658(a) VC/ Lane straddling
12500(a) VC/ No License
22400 VC/ Impeding
148 PC/ Failure to comply

| PAGE NO. 6 | DRIVING-UNDER-THE-INFLUENCE ARREST REPORT | BOOKING NO. 3450021 | DR NO. 130606303 |

CIRCUMSTANCES OF ARREST: 1. Source of activity. 2. Observations (pre-arrest questions and responses, objective symptoms, etc. if driving not observed by officer-verbatim statements of wits establishing driving, include unusual behavior of arrestee during transportation, booking, etc. which would tend to corroborate officer opinion of impairment). 3. Arrest. 4. Booking. Add, when applicable: 5. Evidence. 6. Injuries. 7. Notifications. 8. Aggravated circumstances. 9. Additional (T/C summary, etc.).

## COURT INFO:

Barr: Invest / Arrest/ Reports
Samuel: Invest/ Arrest/ DRE Eval
Clauss: Invest/ Arrest/ Booking
Ortiz: Observation of violations
Nocket: Observation of violations
Nickols: Transportation
Quals: Transportation

# DRUG INFLUENCE EVALUATION

PAGE 7 OF 9

| EVALUATOR: Samuel | BOOKING NO. 3450021 | DR NO. 1306 |
|---|---|---|

| ARRESTEE'S NAME (LAST, FIRST, MI) | D.O.B. | AGE | SEX | RACE | ARRESTING OFFICER (NAME, SERIAL #, DIV.) 35203 |
|---|---|---|---|---|---|
| TROBEL, MITCHELL T | 09-01-86 | 26 | M | W | Samuel 36406 / Barr 36705 / Kriss |

DATE EXAMINED/TIME/LOCATION: 02-01-13 2300 HWO

BREATH RESULTS: ☒ Refused
CHEMICAL TEST: ☒ Both Tests Refused

**MIRANDA WARNING GIVEN?** ☐ Yes ☒ No

(Most fields crossed out with diagonal line)

- Given by:
- Time now? When did you last sleep? How long?
- Do you take insulin? ☐ Yes ☐ No
- Are you taking any medications or drugs? ☐ Yes ☐ No
- Speech:
- What have you eaten today? When?
- Are you sick or injured? ☐ Yes ☐ No
- Do you have any physical defects? ☐ Yes ☐ No
- Attitude:
- Breath:
- What have you been drinking? How much? Time of last drink?
- Are you diabetic or epileptic? ☐ Yes ☐ No
- Are you under the care of a doctor/dentist? ☐ Yes ☐ No
- Coordination:
- Face:

**CORRECTIVE LENS:** NONE — Glasses REFUSED — Contacts — Hard — Soft

**Eyes:** ☐ Normal ☒ Bloodshot ☒ Watery

**Blindness:** ☐ None ☐ L Eye ☐ R Eye

**Tracking:** ☐ Equal ☐ Unequal

**Pupil size:** ☒ Equal ☐ Unequal (explain)

**HGN Present?** UNKNOWN

**Able to follow stimulus?** ☐ Yes ☐ No

**Eyelids:** ☐ Normal ☒ Droopy

**Pulse and Time:**
FIELD AILS
1. 170 / 2245
2. ←
3. /

**HGN:** REFUSAL

| | Left Eye | Right Eye |
|---|---|---|
| Lack of Smooth Pursuit | | |
| Max Deviation | | |
| Angle of Onset | | |

**Vertical Nystagmus:** ☐ Yes ☐ No

**Lack of Convergence:** Right Eye / Left Eye

**One Leg Stand:** (diagram R/L feet)

**ROMBERG BALANCE TEST** (stick figure diagrams)
Internal clock — sec estimated as 30 sec

**WALK AND TURN TEST:** REFUSAL

- Cannot keep balance
- Starts too soon
- Stops Walking
- Misses Heel-Toe
- Steps off Line
- Raises Arms
- Actual Steps Taken

| | 1st Nine | 2nd Nine |
|---|---|---|

| | L | R | |
|---|---|---|---|
| | ☐ | ☐ | Sways while balancing |
| | ☐ | ☐ | Uses arms to balance |
| | ☐ | ☐ | Hopping |
| | ☐ | ☐ | Puts foot down |

**Describe Turn:**
**Cannot do test (explain):**
**Type of Footwear:** SANDALS

(Face diagram labeled RIGHT / LEFT with triangles, marked REFUSAL)
Draws to spots touched: 1, 2, 3, 4, 5

| | Pupil Size | Room Light | Near Darkness | Direct |
|---|---|---|---|---|
| Left Eye | | 7.0 | | 6.0 |
| Right Eye | | 7.0 | | 6.0 |

**Pupillary Unrest:** ☐ Yes ☐ No
**Rebound Dilation:** ☒ Yes ☐ No
**Nasal Area:** UNK
**Oral cavity:** UNK
**Reaction to Light:** ☐ Normal ☒ Slow ☐ Little ☐ None Visible

RIGHT ARM (diagram) — LEFT ARM (diagram, marked OBSC)

**Blood Pressure:** REFUSED
**TEMP.:**

**Muscle Tone:** ☐ Normal ☐ Flaccid ☒ Rigid

ATTACH PHOTOS OF FRESH PUNCTURE MARKS

**Comments:**
What medicine or drug have you been using? "I haven't done any drugs"
How much? Time of use? Where were the drugs used? (Location)

| DATE/TIME OF ARREST | TIME DRE NOTIFIED | EVAL START TIME | TIME COMPLETED |
|---|---|---|---|
| 02-01-13 2210 | At Scene | 2300 | 2305 |

| CONTROL # | EXAMINING OFFICER | SERIAL NO. | DIVISION | UNAVAILABLE DATES | REVIEWED BY |
|---|---|---|---|---|---|
| 13/96 | Samuel | 36406 | AUTO | May/June | HI (Brennan) *32718 |

INC# 6028

08.40.02 (03/10)

**CONTINUATION SHEET**

Los Angeles Police Department

| PAGE NO. | TYPE OF REPORT | BOOKING NO. | DR NO. |
|---|---|---|---|
| 6 | Drug Influence Evaluation | 3450021 | 06303 1306 |

| ITEM NO. | QUAN | ARTICLE | SERIAL NO | BRAND | MODEL NO. | MISC DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |
|---|---|---|---|---|---|---|---|

### Location:
This DRE Evaluation for Taebel, Mitchell was attempted at Hollywood Station.

### Witnesses:
The Subject refused to complete the DRE Evaluation.

### Breath Alcohol Test:
A breath alcohol test was not conducted due to the subject refusing. While at the scene Officer Clauss #35203 advised the subject of his opportunity to voluntarily provide a breath sample on a PAS device and he agreed. PAS Device #5644 test #158 at 2237 hrs at 19o was an insufficient sample. Test #159 at 2239 hrs at 19o provided a reading of .00% BAC.

### Notification and Interview of the Arresting Officer:
I received a request for a DUI Officer to respond to Hollywood Bl and Orange Dr for a DUI driver. Upon arrival I met with Officer Ortiz R2826 and he advised me that they observed the subjects vehicle impeding traffic in violation of 22400 VC and he conducted multiple unsafe lane changes in violation 22658 (A) VC. The officers conducted a traffic stop on the vehicle for the violations.
Upon making contact with e subject the officer observed the subject to display objective signs of intoxication red watery eyes, slow slurred speech, and he appeared to be agitated and evasive when asked questions. After obtaining the subjects info the officer walked away and requested a DUI unit to respond to conduct a DUI investigation.

### Initial Observation of Suspect:
I observed the suspect sitting in his vehicle. While talking to Officer Ortiz I observed the subject open the driver side door and start to exit the vehicle. The subject was advised to close the door and he said something incoherent and slurred. Upon approaching the subject and attempting to have him exit the vehicle the subject became rigid and physically and verbally aggressive. His speech was loud, repetitive, and rapid, and his body became rigid and he became combative. The subject was removed from the vehicle where he continued to be aggressive and was later taken into custody (see arrest report for further info). After the subject was taken into custody his body posture remained rigid but he calmed down and began to speak in slow slurred speech.

### Medical Problems and Treatment:
The subject advised he had no medical problems and was not taking any drugs or medication.

### Psychophysical Tests:
The subject refused to complete any testing. I advised him of the SFST refusal admonition and he continued to refuse to complete any testing. I advised the subject that I believed he was possibly under the influence of an unknown drug and that I was going to conduct a Drug Evaluation and he refused to complete the Drug Evaluation. Sgt Eun #30760 advised the subject of the Refusal Admonition and he continued to refuse to complete the Drug Evaluation.

Case 1:18-cv-00112-PEC   Document 1   Filed 01/23/18   Page 13 of 17

**CONTINUATION SHEET**

| Los Angeles Police Department | | | | | | | |
|---|---|---|---|---|---|---|---|
| PAGE NO. 9 | TYPE OF REPORT | Drug Influence Evaluation | | | | BOOKING NO. 3450021 | DR NO. 1306303 |
| ITEM NO. | QUAN | ARTICLE | SERIAL NO | BRAND | MODEL NO. | MISC DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |

**Clinical Indicators:**
The subject's pupils displayed a slow reaction to light, and were dilated above the normal range. I conducted a field pulse check and received a reading of 140 BPM which is above the normal range.

**Signs of Ingestion:**
None were observed.

**Suspect Statements:**
The subject stated "I haven't had any alcohol or drugs man. I don't do drugs."

**Opinion:**
I formed the opinion that subject Taebel was under the influence of a CNS Stimulant and was unable to safely operate a motor vehicle upon the roadway.

**Toxicological Sample:**
The subject refused to conduct the Drug Evaluation and also refused to provide a blood sample.

eFile ID: 49778

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF LOS ANGELES
## PROBABLE CAUSE DETERMINATION (DECLARATION)

| PCD Type: Adult | Courthouse: Metropolitan | Location Booked: Hollywood Jail |
|---|---|---|
| Booking No: 3450021 | Arrest File No: 1306 06303 | Identifiers (CII, Jain, PDJ): |
| Arrestee/Suspect (Last, First, Middle): Taebel, Mitchell | | DOB: 09/01/1986 |
| Arrestee/Suspect's Residential Address: | Location Of Occurrence: Hollywood/ Orange | |
| Booking Charge(s): VC 23152(a) | ☐ Felony ☑ Misdemeanor ☐ Infraction | Supplemental Holds/Warrants Charge: |
| Date/Time of Arrest: 02/01/2013 10:10 PM | Expiration Date and Time: 02/03/2013 10:10 PM | |
| Arresting Agency/Division: Los Angeles Police Department | Arresting Officer(s): BARR JOSEPH | Employee No(s): 36705 |
| Supervisor Approving: (signature) (Jenkinson) | Employee No: 32769 | Date/Time: 02/02/13 0205 HRS | Contact Phone No: (213)972-2971 |

Facts establishing elements of offense(s)/violation(s). Information identifying /connecting arrestee/suspect by name with the violation(s) listed:

Deft observed traveling W/B on Hollywood Blvd straddling lanes in violation of 21658(a) VC. The suspect began making unsafe lane changes in violation of 22107 VC. Officers observed the objective signs of intoxication, red/watery eyes, slurred speech and unsteady gait. The Deft refused to perform the SFST and chemical testing. Officers formed the opinion that Deft was under the influence of an intoxicant and unable to safely operate a motor vehicle.

☑ **See Attached reports incorporated herein by reference.**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on 02/02/2013 01:59 AM in the County of Los Angeles, California.

/s/ JOSEPH BARR        JOSEPH BARR        36705
(Signature)            (Print Name)       (Employee No.)

| Telephonic Determination ONLY | Probable Cause Determination |
|---|---|
| On _____, I was placed under oath and read the contents of the foregoing, including the contents of any attached reports or declaration, verbatim to the Honorable _____. The Judicial Officer advised me that there (☐) IS (☐) IS NOT probable cause to believe this arrestee has committed a crime. I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles County, California on _____ (Date) _____ (Signature) _____ (Employee No.) | On the basis of either reports reviewed and/or officer's declaration I hereby determine that there (☐) IS (☐) IS NOT probable cause to believe this arrestee has committed a crime. _____ _____ (Judicial Officer's Signature) (Date) _____ (Time) |

# CITY ATTORNEY DISCLOSURE STATEMENT

OFFICERS - FORM TO BE COMPLETED ON ALL FELONY AND MISDEMEANOR ARRESTEES
DETECTIVES - FORM TO BE FILED WITH CITY ATTORNEY ONLY
Answer all questions to the best of your personal knowledge.

| Type of Report | Booking No. | DR No. |
|---|---|---|
| Arrest | 3450021 | 1306 06303 |

1. Reports: To your knowledge, what reports (except personnel investigations) were prepared in relation to this investigation?
   ☑ Arrest  ☐ Crime  ☐ Property  ☑ PCD  ☐ Follow-up  ☑ Vehicle (CHP 180)  ☐ CHP 555
   ☐ DMV-DS367  Other: _____

2. The following items exist:  Photographs (include C#) _____  Video tape _____
   Audio tape (including officer's personal tape)  ☐ YES  ☑ NO  Other: _____

3. Has there been or is there a pending Use of Force investigation?  ☐ YES  ☑ NO
   If YES, provide the name and serial number of supervisor conducting investigation.
   Name _____  Serial No. _____

4. List the NAME, ADDRESS, PHONE NUMBER and DATE OF BIRTH of all CIVILIAN WITNESSES not named in any report(s), whether interviewed or not.

   | Name | Address | Phone No. | DOB |
   |---|---|---|---|
   | | | | |
   | | | | |

5. List the NAME, SERIAL NUMBER, ASSIGNMENT and ROLE of all OFFICERS not named in the report(s) who were percipient witnesses or otherwise involved in this incident:

   | Officer Name | Serial No. | Assignment | Officer's Role |
   |---|---|---|---|
   | | | | |
   | | | | |

6. List the NAME, SERIAL NUMBER, DEPARTMENT/AGENCY and UNIT NUMBER of all FIRE DEPARTMENT and EMERGENCY MEDICAL PERSONNEL who responded to this incident, but were not named in any report(s):

   | Name | Serial No. | Department/ Agency | Unit No. |
   |---|---|---|---|
   | | | | |
   | | | | |

7. List any SUSPECT(S) STATEMENT(S) not included in any report(s):

8. List any CIVILIAN WITNESS(ES) STATEMENT(S) not included in any report(s):

9. Are there any RETAINED OFFICER NOTES or DIAGRAMS not included in any report(s)?  ☐ YES  ☑ NO
   If YES, identify:

   | Officer Name | Serial No. | Assignment | Item |
   |---|---|---|---|
   | | | | |
   | | | | |

10. List any known facts not included in any report(s) that might be considered as favorable to the defense or damaging to the prosecution, or which might negatively reflect on the credibility of any prosecution witness:

All of the answers to the above questions are true to the best of my personal knowledge.

| Signature | Serial No. | Div. of Assignment | Role in Arrest | Date |
|---|---|---|---|---|
| [signature] | 36705 | WTD | Arrest/ Reports | 02/01/13 |
| [signature] | 36406 | WTD | Arrest/ DRE Eval | 02/01/13 |
| CLAUSS | 35203 | WTD | Arrest/ Booking | 02/01/13 |

05.02.09 (09/03)

# BOOKING APPROVAL

| SEE DISTRIBUTION AT BOTTOM FOR NUMBER OF COPIES REQUIRED | DATE & TIME OF ARREST 2-1-13, 2200 | TIME OF INSPECTION/INTERVIEW BY WATCH COMMANDER (LAPD MANUAL 4/216) 2345 HRS |
|---|---|---|

**ARRESTEE'S NAME (Last, First, Middle):** TREBEL, MITCHELL TIMOTHY

**DIVISION:** WTD  **DETAIL:** 34M68/61/09

**ARRESTING OFFICER(S):** SAMUEL / CLAUSS / BARR  **SERIAL NO.(S):** 36406 / 35203 / 36705

**ACTION ADVISED:**
- [x] Booking Charge: 23152(A) CVC MISD DUI (As appears on AJIS Charge Table)
- [ ] Additional charges
- [ ] Advise arrestee of immediate cash bailout right (if two or fewer warrants for parking offense or traffic infraction)
- [ ] Release without booking   [ ] Phone call made   [ ] Phone calls refused by arrestee

**BASIC CHARGE:** $15,000
**ADD'L CHARGES:** $
**ENHANCEMENTS:** $
**TOTAL BAIL:** $15,000

**RESPONSIBLE INVEST. UNIT:**

**1. EVIDENCE TO BE BOOKED  2. SUGGESTIONS FOR CONTENTS OF REPORTS  3. VISITATION RESTRICTION**

REFUSAL, NO WNTS / WRNTS / PRIORS

**PAROLE/PROBATION AGENT:**  **PHONE NO.:**  **TIME TELEPHONIC HOLD PLACED:**

**REASON FOR SEARCH:**
- [ ] Offense involves a controlled substance
- [ ] Articulable and reasonable suspicion that the arrestee is concealing contraband or weapons, regardless of the offense. (explain reasonable suspicion).
- [ ] Prior arrests involving weapons, controlled substances, violence, or the appearance and conduct of the arrestee.

OBTAIN THIS AUTHORIZATION PRIOR TO SEARCH

**WATCH COMMANDER APPROVING SEARCH (signature) SERIAL NO.**

**TYPE OF SEARCH AUTHORIZED:**
- [ ] STRIP
- [ ] PHYSICAL BODY CAVITY* *Note: Search warrant required. WARRANT NO.
- [ ] VISUAL BODY CAVITY

**SEARCHING EMPLOYEE** | **SERIAL NO.** | **DIVISION** | **SEX**

**DATE & TIME OF SEARCH** | **LOCATION SEARCH CONDUCTED**

**RESULTS OF SEARCH (List items and locations removed from):**

**ADVISING INVESTIGATIVE SUPERVISOR (signature)** [ ] Telephonic Advice  **SERIAL NO.**  **DIVISION**  **RAP SHEET REVIEWED?** [ ] YES [ ] NO

**WATCH COMMANDER APPROVING BOOKING (signature):** (JENNEMAN) JENNEMAN  **SERIAL NO.** 32769  **DIVISION** HWD  **RAP SHEET REVIEWED?** [x] YES [ ] NO

**MISDEMEANOR ARRESTS:** Circle reason for booking below.

**CONDITIONS FOR NON-ELIGIBILITY FOR RELEASE**

1. The person arrested is so intoxicated that he or she could be a danger to himself or herself or others.
2. The person arrested requires medical examination or medical care or is otherwise unable to care for his or her own safety. (EXCEPTION - DUI ARRESTEES MAY BE RELEASED AFTER BOOKING, IF OTHERWISE ELIGIBLE.)
3. The person is arrested for one or more of the offenses listed in Section 40302 or 40303 of the Vehicle Code.
4. There are one or more outstanding felony arrest warrants for the person.
5. The person has one or more outstanding misdemeanor arrest warrants ineligible for release under Section 827.1 of the Penal Code (Manual Section 4/216.67).
6. The person cannot provide satisfactory evidence of personal identification.
7. The prosecution of the offense or offenses for which the person is arrested or the prosecution of any other offense or offenses would be jeopardized by immediate release of the person arrested.
8. There is a reasonable likelihood that the offense or offenses will continue or resume, or that the safety of persons or property will be imminently endangered by release of the person arrested.
9. The person arrested demands to be taken before a magistrate or refused to sign the notice to appear.
10. There is reason to believe that the person arrested would not appear at the time/place specified in the notice.

**MISD. WARRANT NO.**  **OR REASON NO.**

**OFFICER MAKING O.R. DETERMINATION:** (JENNEMAN) A32769 [x] YES [ ] NO

Exhibit B